1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10  YOLANDA CLOPHIA, et al.,

11      Plaintiffs,

12      v.

13  EMP III, INC. doing business as

14  Alpha Property Management, et al.,

15      Defendants.

Case No. 2:16-CV-05793-RHW

**ORDER OF DISMISSAL**

16      Plaintiffs filed a Stipulation to Dismiss Entire Action with Prejudice on

17  January 21, 2018. ECF No. 91. The parties stipulated that based on the settlement

18  agreement between all parties and Fed. R. Civ. P. 41(a)(1)(ii), dismissal with

19  prejudice is warranted. *Id.* The Court has previously approved an Incompetent's

20  Compromise. ECF No. 88. In response, on January 29, 2018, the Court entered an

21  Order that informed the party that an Order of Dismissal with Prejudice would be

22  entered unless objection or request for other relief was filed by February 26, 2018.

23  ECF No. 93.

24  ///

25  ///

26  ///

27  ///

28  ///

**ORDER OF DISMISSAL**  * 1

No objection or request for other relief has been filed. Thus, the Court **DISMISSES** this matter **with prejudice.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel, and **close the file.**

**DATED** this 14th day of March, 2018.


                              *s/Robert H. Whaley*
                              ROBERT H. WHALEY
                         Senior United States District Judge

**ORDER OF DISMISSAL**  * 2